# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                         Case No. 3:21cr47/TKW

DAMION TOBIAS BRYANT
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the Chief United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **DAMION TOBIAS BRYANT,** to Counts One, Two, and Three of the Indictment is hereby **ACCEPTED**.   All parties must appear before this Court for sentencing as directed.

**DONE and ORDERED** this 22nd day of September, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**